# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144479

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                          SC:  144479
                                          COA:  299960

WILLIAM JAMES HASTINGS,
       Defendant-Appellant.
                                          Jackson CC:  04-000690-FH

_____/

On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Garrett* (Docket No. 145594) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2013

s0326

_____
Clerk